# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOMMY MITCHELL,

    Plaintiff(s),

v.

SMITH'S FOOD & DRUG CENTERS, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-01257-APG-NJK

**Order**

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 6. Any response to the motion shall be filed by July 20, 2018. The motion was filed by attorney Ryan Anderson even though he is not on the caption and the motion does not seek his removal. Plaintiff's counsel shall file a supplement by July 20, 2018, explaining the role (if any) of Mr. Anderson in this case moving forward.

The Court further **SETS** a hearing on the motion for 10:00 a.m. on July 31, 2018, in Courtroom 3B. Plaintiff's current counsel, Plaintiff himself, and any newly retained counsel shall attend in person. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING DISMISSAL.**

//
//
//
//

1

Plaintiff's counsel shall serve a copy of this order on Plaintiff, and shall file a proof of service by July 17, 2018.

IT IS SO ORDERED.

Dated: July 16, 2018

                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge