# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOMMY MITCHELL,

    Plaintiff(s),

v.

SMITH'S FOOD & DRUG CENTERS, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-01257-APG-NJK

**ORDER**

The Court ordered Plaintiff Tommy Mitchell to appear for a hearing on July 31, 2018. Docket No. 12. The Court cautioned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING DISMISSAL.**" *Id.* (emphasis in original). Mr. Mitchell was provided notice of that order. Docket No. 13. Nonetheless, Mr. Mitchell did not appear as required.

Parties are required to comply with the Court's orders. *See, e.g.*, Fed. R. Civ. P. 16(f). The Court **ADMONISHES** Mr. Mitchell for failing to appear as ordered and **CAUTIONS** Mr. Mitchell that he is required to strictly comply with all orders moving forward. The Court again warns Mr. Mitchell that <u>future failure to comply with the Court's orders may result in the imposition of sanctions, up to and including dismissal</u>.

IT IS SO ORDERED.

Dated: July 31, 2018

                                                Nancy J. Koppe
                                                United States Magistrate Judge