UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY MITCHELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-01257-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

On July 31, 2018, the Court ordered Plaintiff to file a notice of appearance of any newly-retained attorney or a notice of intent to proceed *pro se* by August 30, 2018. Docket No. 17; *see also* Docket No. 19 (notice of service). The Court concurrently warned Plaintiff that failure to comply with the Court's orders could result in the dismissal of this case. Docket No. 18 (addressing Plaintiff's violation of the order to appear for a hearing on the motion to withdraw). Nonetheless, Plaintiff did not comply with the order. In addition, it appears Plaintiff failed to update his address with the Court despite the requirement that he do so. *See* Docket No. 20; *see also* Local Rule IA 3-1.

As a result of the above, the Court ordered Plaintiff to show cause why this case should not be dismissed for failing to comply with the Court's order and for failing to update his address. Docket No. 21.[1] The Court warned that "**FAILURE TO RESPOND TO THIS ORDER WILL**

---

[1] The order to show cause was mailed to all four possible addresses in the record. *See id.*

1

**RESULT IN A RECOMMENDATION OF DISMISSAL.**" *Id.* (emphasis in original).  The deadline to comply with the latest order was September 21, 2018, and Plaintiff failed to do so.

The willful failure of Plaintiff to comply with the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice.  Sanctions less drastic than dismissal are unavailable because Plaintiff has willfully refused to comply with the Court's orders, even after the Court warned multiple times that such violations could result in dismissal.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** with prejudice.

Dated: September 27, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.**  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).